# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00434-CV

**In re Robert Luther Ray**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

This petition for writ of mandamus is denied.

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Puryear and Waldrop

Filed:   August 29, 2008